470 A.2d 1022

Lockard v. Lockard, Appellant.

Submitted May 19, 1983. Daniel M. Preminger, for appellant; Martin P. Mullen, for appellee.

Before HESTER, BROSKY and BECK, JJ.

Order affirmed.

BECK, J., did not participate in the consideration or decision of this case.